UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−X

In Re:                                                                                  **CHAPTER** 7
Anthony J Grant                                                             **CASE NO.**: 12−23709−rdd
Jane Elaine Grant

                                     Debtor(s)
−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−X

## AMENDED DISCHARGE OF DEBTOR ORDER OF FINAL DECREE

It has been brought to the Court's attention that the Discharge of Debtor Order of Final Decree entered in this case on March 5, 2013 was not in compliance with The Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 due to a clerical error; and the Debtor having been required to comply with the Bankruptcy Code in effect at the time the discharge order was entered, see *Commissioner of Administrative Services v. Spell (In re Spell)*, 650 F.2d 375, 377 (2d Cir. 1981); it is hereby

**ORDERED** that pursuant to the power of this Court under 11 U.S.C. § 105(a) and Rule 60(a), which states that "[t]he court may correct a clerical mistake or mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice;" and is made applicable to bankruptcy cases under Federal Rule of Bankruptcy Procedure 9024, the order entered by the Court on March 5, 2013 is amended *nunc pro tunc* to comply with the Bankruptcy Code in effect at the time the discharge order was entered.

Dated: September 13, 2017
      White Plains , New York                                    /s/ Honorable Robert D. Drain
                                                                              Hon. Robert D. Drain
                                                                              U.S. Bankruptcy Judge

*Inquiries concerning this order may be directed to the Clerk's Office, at 914−467−7250.

United States Bankruptcy Court
Southern District of New York

In re:                                                                          Case No. 12-23709-rdd
Anthony J Grant                                                                 Chapter 7
Jane Elaine Grant
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0208-7          User: admin              Page 1 of 2           Date Rcvd: Sep 13, 2017
                              Form ID: 155amend        Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2017.
```
db/jdb       #+Anthony J Grant,    Jane Elaine Grant,    256 West Main St.,    Mount Kisco, NY 10549-1207
tr            +Arlene Gordon-Oliver,    199 Main Street,    Suite 203,    White Plains, NY 10601-3204
smg           +N.Y. State Unemployment Insurance Fund,    P.O. Box 551,    Albany, NY 12201-0551
smg           +United States Attorney's Office,    Southern District of New York,
                Attention: Tax & Bankruptcy Unit,    86 Chambers Street, Third Floor,    New York, NY 10007-1825
5959538        3B PAY DAY LOAN,    136 EAST SOUTH TEMPLE.,    STE. 2100,    SALT LAKE CITY, UT 84111-1124
5959539       +ALLIED INTERSTATE,    P.O. BOX 1031,    MINNEAPOLIS, MN 55440-1031
5959540       +AMERICAN EXPRESS,    ATTN: BANKRUPTCY DEPT.,    16 GENERAL WARREN BLVD.,    MALVERN, PA 19355-1245
5959542      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: BANK OF AMERICA,    LEGAL DEPARTMENT,    1100 NORTH KING STREET,
                WILMINGTON, DE 19884)
5959543        CAPITAL ONE,    ATTN: BANKRUPTCY DEPT.,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
5959545       +DR. MICHAEL OIL DDS,    1600 HARRISON AVENUE,    SUITE 1,    MAMARONECK, NY 10543-3150
5959546        FIA CARD SERVICES,    P. O. BOX 15971,    WILMINGTON, DE 19850-5971
5959547       +FRENKEL LAMBERT WEISS WEISMAN,    AND GORDON LLP,    20 WEST MAIN STREET,
                BAY SHORE, NY 11706-8326
5959548       +HOME MEDICAL EQUIPMENT,    2230 1ST AVENUE,    NEW YORK, NY 10029-2307
5959549       +I.C. SYSTEM, INC.,    444 E. HWY 96,    BOX 64378,    ST. PAUL, MN 55127-2557
5959551       +JOURNAL NEWS,    1133 WESTCHESTER AVE,    SUITE N110,    WEST HARRISON, NY 10604-3511
5959552       +JP MORGAN CHASE,    ATTN: BANKRUPTCY DEPT.,    201 NORTH CENTRAL AVENUE,    PHOENIX, AZ 85004-0905
5959554       +MILLER & MILONE, PC,    100 QUENTIN ROOSEVELT BLVD.,    SUITE 205,    GARDEN CITY, NY 11530-4843
5959555        NETWORK RECOVERY SERVICES,    3 EXPRESSWAY PLAZA,    SUITE 200,    ROSLYN HEIGHTS, NY 11577-2050
5959556       +NEW YORK PRESBYERIAN,    525 EAST 68TH STREET,    NEW YORK, NY 10065-4870
5959557       +NEW YORK PRESBYTERIAN HOSPITAL,    525 EAST 68TH STREET,    NEW YORK, NY 10065-4885
5959559        ORCHARD BANK,    HOUSEHOLD CREDIT SERVICES,    P.O. BOX 17051,    BALTIMORE, MD 21297-1051
5959560       +PROFESIONAL CLAIMS BUREAU,    P.O. BOX 9060,    HICKSVILLE, NY 11802-9060
5959561        REGIONS BANK,    P.O. BOX 216,    BIRMINGHAM, AL 35246-3023
5959563        VILLAGE/TOWN OF MOUNT KISCO,    RECEIVER OF TAXES,    P.O. BOX 5088,
                WHITE PLAINS, NY 10602-5088
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Sep 14 2017 02:39:45
                New York State Tax Commission,    Bankruptcy/Special Procedures Section,    P.O. Box 5300,
                Albany, NY  12205-0300
ust          +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Sep 14 2017 02:36:22     United States Trustee,
                Office of the United States Trustee,    U.S. Federal Office Building,
                201 Varick Street, Room 1006,    New York, NY 10014-9449
5959541      +E-mail/Text: g20956@att.com Sep 14 2017 02:38:20     AT & T WIRELESS SERVICES,    PO BOX 8229,
                AURORA, IL 60572-8229
5959544       E-mail/PDF: gecsedi@recoverycorp.com Sep 14 2017 02:44:33     CARECREDIT/GECRB,    GE CAPITOL,
                P.O. BOX 960061,    ORLANDO, FL 32896-0061
5959550        E-mail/Text: cio.bncmail@irs.gov Sep 14 2017 02:35:53     INTERNAL REVENUE SERVICE,
                POST OFFICE BOX 7346,    PHILADELPHIA, PA 19101-7346
5959558       +Fax: 866-826-7962 Sep 14 2017 02:43:14     ONE CLICK CASH,    52946 HIGHWAY 12 #3,
                NIOBRARA, NE 68760-7085
5959562      +E-mail/Text: edinkel@vikingservice.com Sep 14 2017 02:41:05     VIKING COLLECTION SERVICE,
                7500 OFFICE RIDGE CIRCLE,    EDEN PRAIRIE, MN 55344-3783
5959564       E-mail/Text: vci.bkcy@vwcredit.com Sep 14 2017 02:37:13     VOLKSWAGEN CREDIT CORPORATION,
                P.O. BOX 504756,    THE LAKES, NV 88905-4756
                                                                                              TOTAL: 8
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
5959553*      +JP MORGAN CHASE,    ATTN: BANKRUPTCY DEPT,    201 NORTH CENTRAL AVENUE,    PHOENIX, AZ 85004-0905
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0208-7           User: admin                Page 2 of 2                   Date Rcvd: Sep 13, 2017
                               Form ID: 155amend          Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2017 at the address(es) listed below:
              Arlene   Gordon-Oliver    trustee@gordonoliverlaw.com,
               N232@ecfcbis.com;gordon-oliver@remote7solutions.com
              David   Waltzer    on behalf of Debtor Anthony J Grant waltzer@waltzerlawgroup.com,
               Jackie@waltzerlawgroup.com
                                                                                             TOTAL: 2
```